**United States Court of Appeals for the Tenth Circuit**
OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

February 8, 2006

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 10 2006

GREGORY C. LANGHAM
CLERK

Mr. Michael Andre Crumpton
#27217-013
P.O. Box 4000
Springfield, MO 65808

Mr. William J. Leone
Office of the United States Attorney
1225 17th Street
Suite 700
Denver, CO 80202

    Re:    06-1006, Crumpton v. United States
           Dist/Ag docket: 01-D-1995

Dear Counsel and Mr. Crumpton:

    Enclosed is a copy of this court's final order.

    Please contact this office if you have questions.

                              Sincerely,

                              Elisabeth A. Shumaker
                              Clerk, Court of Appeals

                              By: Deputy Clerk

clk:jmm

cc:
    Honorable Wiley Y. Daniel, District Judge
    Gregory C. Langham, Clerk

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

MICHAEL ANDRE CRUMPTON,

Petitioner,

v.

No. 06-1006

UNITED STATES OF AMERICA,

Respondent.

ORDER

Filed February 8, 2006

A true copy
Teste

Elisabeth A. Shumaker
Clerk, U.S. Court of
Appeals, Tenth Circuit

By

Deputy Clerk

Before **HARTZ**, **O'BRIEN**, and **TYMKOVICH**, Circuit Judges.

This matter is before the court based on Michael Andre Crumpton's motion under the Antiterrorism and Effective Death Penalty Act (AEDPA) for authorization to file a second or successive 28 U.S.C. § 2255 motion to challenge the sentence imposed by the district court in 2000.

The court has carefully reviewed the motion, and concludes that Mr. Crumpton has failed to make the requisite showing to satisfy the AEDPA criteria in 28 U.S.C. § 2244(b)(2) and § 2255. The United States Supreme Court has not expressly held that the rule announced in *United States v. Booker,* 543 U.S. 220 (2005), applies retroactively for purposes of second

or successive § 2255 motions. *See Bey v. United States*, 399 F.3d 1266, 1269 (10th Cir. 2005).

The motion for authorization is **DENIED**. This matter is **DISMISSED**.

This order "shall not be appealable and shall not be the subject of a petition for rehearing or for a writ of certiorari." 28 U.S.C. § 2244(b)(3)(E).

> Entered for the Court,
> Elisabeth A. Shumaker, Clerk