UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 96-cr-00419-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL ANDRE CRUMPTON,

    Defendant.

_____

**ORDER**
_____

THIS MATTER comes before the Court on both the Defendant's *pro se* Motion to Reduce Sentence (docket #1096) and the Motion Requesting Response (docket #1108). Under the law, there is no constitutional right to a hybrid form of representation. *See United States v. Bennett*, 539 F.2d 45, 49 (10th Cir. 1976). On March 13, 2008, the Defendant was appointed representation by counsel, Mr. Arthur Nieto. Consequently, the Court will not consider a motion that the Defendant has filed pro se. All further communications with the Court must be filed through Defendant's counsel of record. Accordingly it is

ORDERED that both Defendant's *pro se* Motion to Reduce Sentence (docket #1096) and the Motion Requesting Response (docket #1108) are **STRICKEN**.

Dated: April 9, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge